IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–6–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TREVOR CODI FRANTZ, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea.  (Doc. 29.)  Because neither party objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court reviews the Findings and Recommendation for clear error.  *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Frantz is charged with one count of prohibited person in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count I), as set forth in the Indictment.  (Doc. 1.)  Judge DeSoto recommends that this Court accept Frantz's guilty plea as to Count I after Frantz appeared before her pursuant

1

to Federal Rule of Criminal Procedure 11.  The Court finds no clear error in Judge

DeSoto's Findings and Recommendation and adopts them in full, including the

recommendation to defer acceptance of the Plea Agreement until sentencing when

the Court will have reviewed the Plea Agreement and Presentence Investigation

Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 29) is ADOPTED in full.

IT IS FURTHER ORDERED that Frantz's motion to change plea (Doc. 19)

is GRANTED.

IT IS FURTHER ORDERED that Frantz is adjudged guilty as charged in

Count I of the Indictment.

DATED this 12th day of October, 2022.

Dana L. Christensen, District Judge
United States District Court