IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR CODI FRANTZ,<br><br>Defendant. | CR 22–06–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 32.) Defendant Trevor Codi Frantz has been adjudged guilty of prohibited person in possession of a firearm and ammunition as charged in Count I of the Indictment. (Doc. 30.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 32) is GRANTED.

IT IS FURTHER ORDERED that Frantz's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Springfield Armory XD-40, 9mm pistol (serial number MG137970), with loaded magazine;

- H&K, Model P30, 9mm pistol (serial number 129-090988), with loaded magazine;

- Box of .40 caliber ammunition;

- Various rounds of ammunition;

1

- Shoulder holster;

- HS Produkt, Model XDM, .40 caliber pistol (serial number MG143860), with loaded magazine; and

- Sixteen rounds of .40 caliber ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 20th day of December, 2022.

_____
Dana L. Christensen, District Judge
United States District Court